STEPHEN A. DUTTON, Appellant, *v.* ALICE P. SMITH, as Executrix of LEWIS M. SMITH, Deceased, et al., Respondents.

*Dutton* v. *Smith,* 23 App. Div. 188, appeal dismissed.
(Argued October 3, 1898; decided October 11, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1898, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact are supported by evidence; that no questions of law are raised

by the appeal which can be reviewed by the Court of Appeals, and that the exceptions are frivolous.

*Gruber & Bonynge* for motion.

*Henry Daily, Jr.,* opposed.

Appeal dismissed, with costs.